**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ANGEL MARTINEZ AND RAILROAD RECOVERY, INC., | : No. 389 EAL 2018 |
| | : |
| Petitioners | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.